UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VANESSA BRUMFIELD             CIVIL ACTION NO. 15-6212

v

                                         JUDGE: Morgan

ARCHDIOCESE OF NEW ORLEANS     Magistrate Judge: Wilkinson

## FIRST AMENDED COMPLAINT

### Jurisdiction and venue

1. This is a civil rights matter, brought under Title VII, such that this court has original jurisdiction under 28 USC sec. 1343. Venue is proper in this district because all acts complained of occurred in this district.

### Parties

2. Plaintiff is Vanessa Brumfield, an African-American female. Defendant is the Archdiocese of New Orleans which operates the Holy Rosary High School (Holy Rosary) in New Orleans, La. It employs more than 50.

### Introduction

3. Plaintiff was employed at Holy Rosary as a licensed CDL bus driver from September 7, 2014 through May 29, 2015. She drove the school's only bus. At the end of the school year, Sr Paulette Tiefenbrunn, principal, advised plaintiff that the school would no longer need her services because of budget reasons.

4. Sister Tiefenbrunn advised that she would have three positions available, one of which was for a part-time janitor with a CDL who would also drive the bus. She also stated that all janitors had to have a CDL in order to operate the bus.

5. Plaintiff asked about the position of part-time janitor combined with driving the bus.

6. Sr Tiefenbrunn explained that the part-time janitor would be in the school all day long, mopping up vomit, fixing toilets, and doing different chores. The janitor would also be doing handy-man chores.

7. Plaintiff asked if she were discriminating against her. Sr Tiefenbrunn explained that a man would be suitable for the job because of its nature.

8. At this time, there was a part-time janitor, Carmen Winters (w/f), who did not have a CDL license.

9. He employment was not affected by the budget cuts.

10. Plaintiff was better qualified than Ms Winters for the combined bus driver/janitor job than Ms Winters in that she had a CDL license and could have done the janitorial work that Ms Winters did as well as, if not better, than she did.

11. Defendant hired a male, Clarence Coleman, as a bus driver and part-time janitor.

12. Plaintiff was better qualified for the bus driving part of the position than Coleman because she has been a successful owner-operator for 30 years and he likely did not have a CDL license.

13. She alleges that she was as well as or better qualified than Coleman to do janitorial work in a school setting because he had 1999 felony conviction, so that overall she was better qualified than he for the janitorial part of the position.

## Administrative exhaustion

14. Plaintiff received a right-to-sue letter for both counts below dated September30, 2015.

## Count 1- Racial discrimination

15. Plaintiff alleges that defendant racially discriminated against her in favor of Ms Winters in determining who would be laid off.

## Count 2- Gender discrimination

16. Plaintiff alleges that defendant discriminated against her in favor of Mr Coleman on the basis of gender when she hired him for the combined position of driver/janitor.

## Relief sought

17. Plaintiff seeks all legal and equitable relief, including back pay, front pay, damages for emotional distress, trial by jury, attorney fees, and costs.

>Respectfully submitted,
>/s/J Courtney Wilson
>J Courtney Wilson 13561
>1510 Veterans Blvd.
>Metairie, La 70005
>(T) 504/832-0585
>(F) 504/846-2400
>E/m cwilson@courtlaw.net