UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VANESSA BRUMFIELD | CIVIL ACTION<br>NO.   2:15-6212 |
| VERSUS | SECTION "E" |
| ARCHDIOCESE OF LOUISIANA | MAGISTRATE 2 |
| | <u>JURY REQUESTED</u> |

<u>**RULE 7.1 DISCLOSURE STATEMENT**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, The Roman Catholic Church of the Archdiocese of New Orleans, a Louisiana non-profit religious corporation, which pursuant to RULE 7.1 of the Federal Rules of Civil Procedure states that it has no parent corporation and that there is no publicly held corporation which owns any interest in it.

Respectfully submitted,

**DENECHAUD AND DENECHAUD, L.L.C.**

/s/ Richard A. Bordelon
RICHARD A. BORDELON T.A . (#14091)
RALPH J. AUCOIN (#2606)
1010 Common Street, Suite 3010
New Orleans, Louisiana 70112

Telephone: (504) 522-4756  
Facsimile:   (504) 568-0783  
Attorneys for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on June 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that notice will thereby be electronically served on counsel for plaintiff, J. Courtney Wilson via electronic mail to cwilson@courtlaw.net.

**/s/ Richard A. Bordelon**
Richard A. Bordelon
Ralph J. Aucoin